RUTH SCHWARTZ, Appellant, *v.* MADISON SQUARE GARDEN CORPORATION, Respondent.

Argued October 20, 1954; decided December 3, 1954.

*Benjamin H. Siff* and *Barnet S. Blume* for appellant.
*Patrick E. Gibbons* and *John G. Donovan* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and a new trial granted, with costs to abide the event, upon the ground that the plaintiff's evidence raised issues of fact which were properly submitted for determination by the jury. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.